IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREEM J. HOWELL,

     Plaintiff,                  No. CIV S-06-0519 MCE KJM P

     vs.

A. AUDETTE, et al.,

     Defendants.          <u>ORDER</u>

_____/

     Plaintiff has requested an extension of time to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint in response to the court's order of May 1, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

     1. Plaintiff's May 30, 2006 request for an extension of time is granted; and

     2. Plaintiff is granted thirty days from the date of this order in which to submit a certified copy of his prison trust account statement.

DATED: June 19, 2006.

                                   UNITED STATES MAGISTRATE JUDGE

/mp howe0519.36