IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREEM J. HOWELL,

        Plaintiff,                          No. CIV S-06-0519 MCE KJM P

   vs.

A. AUDETTE, et al.,

        Defendants.               <u>ORDER</u>

                              /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed March 1, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states cognizable First Amendment claims for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Audette and Schirmer. Therfore, the court will order service of process as to defendants Audette and Schirmer. With respect to the other claims and defendants identified in plaintiff's amended complaint, plaintiff's amended complaint fails to state a claim upon which relief can be granted.

/////

/////

1

1       In accordance with the above, IT IS HEREBY ORDERED that:

2       1. Service is appropriate for the following defendants: Audette and Schirmer.

3       2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed April 2, 2007.

      3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 1 above; and

        d. Three copies of the endorsed amended complaint filed April 2, 2007.

      4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 5, 2007.

_____
U.S. MAGISTRATE JUDGE

---

1
howe0519.1(2.02.07)

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREEM J. HOWELL,

     Plaintiff,                                No. CIV S-06-0519 MCE KJM P

    vs.

A. AUDETTE, et al.,                        <u>NOTICE OF SUBMISSION</u>

     Defendants.                          <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

        _____    copies of the _____
                                          Amended Complaint

DATED:

                                              _____
                                              Plaintiff