IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREEM J. HOWELL,

      Plaintiff,                        No. CIV S-06-0519 MCE KJM P

  vs.

A. AUDETTE, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed June 6, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On June 25, 2007, plaintiff submitted the copies of the complaint but submitted the information for defendants Audette and Schirmer on one USM-285 form.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff two blank USM-285 forms; and

/////

1

1  2. Within thirty days, plaintiff shall submit to the court the two completed USM-
2 285 forms for defendants Audette and Schirmer required to effect service. Failure to return the
3 copies within the specified time period will result in a recommendation that this action be
4 dismissed.
5 DATED: July 12, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
howe0519.8f

```
 1
 2
 3
 4
 5
 6
 7
 8                        IN THE UNITED STATES DISTRICT COURT
 9                       FOR THE EASTERN DISTRICT OF CALIFORNIA
10   KAREEM J. HOWELL,
11            Plaintiff,                      No. CIV S-06-0519 MCE KJM P
12       vs.
13   A. AUDETTE, et al.,                      NOTICE OF SUBMISSION
14            Defendants.                     OF DOCUMENTS
15   _____/
16            Plaintiff hereby submits the following documents in compliance with the court's
17   order filed _____:
18            _____     completed USM-285 forms
19   DATED:
20
21
22                                            _____
                                              Plaintiff
23
24
25
26
```