1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

13

KAREEM J. HOWELL,

No. 2:06-CV-00519-MCE-KJM P

14
                                             Plaintiff,

**ORDER RE:  DEFENDANTS' REQUEST TO VACATE SCHEDULING ORDER IN PART**

15
        v.

16

A. AUDETTE, et al.,

17
                                             Defendants.

18
19

**ORDER**

20
         Good cause having been shown, defendants' request to vacate the scheduling

21
order, as to pretrial statements, pretrial conference, and jury trial, in this matter, until further

22
order of this Court, is granted.

23
DATED:  August 7, 2008.

24
                                                    _____

25
                                                    U.S. MAGISTRATE JUDGE

26
27
28