IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREEM HOWELL,

    Plaintiff,                    No. CIV S-06-0519 MCE KJM P

    vs.

A. AUDETTE, et al.,

    Defendants.           ORDER

_____/

    Plaintiff has requested an extension of time to file and serve objections to the December 4, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's request for an extension of time (Docket No. 40) is granted; and

    2. Plaintiff shall file and serve objections to the December 4, 2008 findings and recommendations on or before January 23, 2009.

DATED: January 8, 2009.

_____
U.S. MAGISTRATE JUDGE

/mp
howe0519.36(2)