IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KAREEM J. HOWELL,

      Plaintiff,                                  No. CIV S-06-0519 MCE KJM P

      vs.

A. AUDETTE, et al.,

      Defendants.                       <u>ORDER</u>

_____/

         Plaintiff has filed a motion asking that the court vacate the order requiring plaintiff to pay the filing fee for this action (docket no. 41).  Because plaintiff fails to provide good cause for the issuance of such an order, his motion is denied.

DATED: January 16, 2009.

_____
U.S. MAGISTRATE JUDGE

1
howe0519.ifp